IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Amy King, | ) | |
|     Plaintiff, | ) | Civil Action No: 1:20-cv-00831 |
| | ) | |
| v. | ) | |
| | ) | |
| Kilolo Kijakazi, | ) | Magistrate Judge Litkovitz |
| Acting Commissioner | ) | |
| of Social Security,[3] | ) | |
|     Defendant. | ) | |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

The findings of the ALJ, including the prior non-disability finding shall be vacated and this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

Date: **Aug 6, 2021**

_____
Karen L. Litkovitz
United States Magistrate Judge

---

[3] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).